

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2015

No. 04-14-00886-CV

**CITY OF SAN ANTONIO, ET. AL.,**
Appellant

v.

**HAYS STREET BRIDGE RESTORATION GROUP**, et. al.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

# O R D E R

On February 20, 2015, this matter was referred to mediation and all parties were notified that all appellate deadlines were suspended until further notice. On April 17, 2015, the parties filed a Joint Motion to Abate the Appeal seeking a ninety-day abatement period to continue settlement negotiations.

We DENY the request to abate this appeal. Appellant is ORDERED to file a report with this court no later than June 22, 2015, regarding the status of the settlement discussions.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court